IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANNIE V. BAKER,

    Plaintiff,

v.                                                        4:16cv674–WS/CAS

GADSDEN CORRECTIONAL
INSTITUTE,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 24) docketed June 26, 2017. The magistrate judge recommends that this case be dismissed without prejudice for failure to prosecute and to comply with court orders.

Upon review of the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's second report and recommendation (doc. 24) is

adopted and incorporated by reference in this order of the court.

    2.  The plaintiff's complaint and this action are hereby DISMISSED without prejudice for failure to prosecute and to comply with court orders.

    3.  The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

    DONE AND ORDERED this __27th__ day of __July__, 2017.

    s/ William Stafford
    WILLIAM STAFFORD
    SENIOR UNITED STATES DISTRICT JUDGE